JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT DEWITT ISOM,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>    Defendant. | Case No. 5:17-cv-00431-JLS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 14, 2018

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge